AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| ALONNA MCCORMICK, an individual, on behalf of herself and all other similarly situated employees <br> *Plaintiff(s)* <br> v. <br> SOUTHWEST HEALTHCARE SERVICES, LLC, an Arizona limited liability company, SNAPMEDTECH, INC., a Georgia corporation; and DOES 1 through 25, Inclusive <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SOUTHWEST HEALTHCARE SERVICES, LLC, 4400 N Scottsdale Rd Ste 9347, Scottsdale, AZ 85253; SOUTHWEST HEALTHCARE SERVICES, LLC, c/o Deborah Martin, 9449 San Fernando Rd., Sun Valley, CA 91352

SNAPMEDTECH, INC.,999 Peachtree St. NE, Ste. 2750, Atlanta, GA 30309; SNAPMEDTECH, INC, CT CORPORATION SYSTEM c/o Amanda Garcia, 330 N Brand Blvd., Glendale, CA 91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin Hewgill (SBN 259528)
Employee Justice Legal Group, PC
1001 Wilshire Blvd.
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                                     *Signature of Clerk or Deputy Clerk*