UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ALONNA MCCORMICK,

      Plaintiff,

  v.

SOUTHWEST HEALTHCARE
SERVICES, LLC et al.,

      Defendants.

Case No. 2:25-cv-03184-SB-E

ORDER TO SHOW CAUSE RE
DISMISSAL FOR LACK OF
PROSECUTION

On September 15, 2025, the Court granted Defendant SnapMedTech, Inc.'s motion to compel arbitration and ordered Plaintiff to submit her claims to arbitration. Dkt. No. 39. The Court administratively closed the case; ordered the parties to file a joint report on the status of the arbitration by March 11, 2026, followed by supplemental joint status reports thereafter; and cautioned that "[i]f the parties fail to timely file a joint report, this action will be dismissed without prejudice for lack of prosecution." *Id.* at 8. The Court also ordered:

> Alternatively, if Corona enters a notice of appearance and the parties wish to avoid the need for status reports, they may instead file a stipulation to dismiss the action without prejudice signed by all parties. The stipulation will relieve the Court of the obligation to monitor the status of the case, and the Court will treat the dismissal as functionally indistinguishable from a stay in terms of the parties' ability to seek confirmation, modification, or vacatur of an arbitration award.

*Id.*

The parties did not file either a stipulation consistent with the Court's order or the joint report that was due on March 16.

1

2

Accordingly, the parties are ORDERED to show cause at an in-person hearing on April 3, 2026 at 8:30 a.m. why this case should not be dismissed without prejudice for lack of prosecution, consistent with the Court's September 15 order. The parties shall file a joint written response to this order to show cause (OSC), together with their overdue joint status report, no later than March 23. Alternatively, if the parties file a stipulation of dismissal by March 23, the OSC will be automatically discharged, and the April 3 hearing will be automatically vacated by operation of this order.

Date: March 17, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

2